PEOPLE v. JONES et al. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Proceedings by the People against John C. Jones and another. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. KNASZAK, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1910.) Proceedings by the People of the State of New York against John Knaszak. No opinion. Judgment affirmed.

PEOPLE v. LEANO. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Proceedings by the People against Michael Leano. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. LEAVEY, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Proceedings by the People of the State of New York against Michael Leavey.

PER CURIAM. Judgment of conviction of the Court of Special Sessions, and order denying defendant's motion for a new trial, reversed, and a new trial ordered, upon the ground that the evidence fails to establish beyond a reasonable doubt that defendant was guilty of the crime with which he was charged.

PEOPLE, Respondent, v. LEVINE, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Proceedings by the People of the State of New York against Jacob Levine, impleaded with others. K. H. Rosenberg, for appellant. R. C. Taylor, for respondent. No opinion. Judgment affirmed. Order filed. See, also, 124 N. Y. Supp. 1124.

PEOPLE, Respondent, v. MANNIX, Appellant. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Proceedings by the People of the State of New York against James J. Mannix. No opinion. Judgment of conviction of the County Court of Kings county affirmed.

PEOPLE, Respondent, v. PUMP, Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Proceedings by the People of the State of New York against Frederick Pump. P. A. McManus, for appellant. R. S. Johnston, for respondent.

PER CURIAM. Judgment affirmed. Order filed.

DOWLING, J., dissenting.

PEOPLE, Respondent, v. ROSATO, Appellant. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Proceedings by the People of the State of New York against William Rosato. J. S. Rosalsky, for appellant. R. S. Johnstone, for respondent. No opinion. Judgment and order affirmed. Order filed.

PEOPLE, Respondent, v. ROSS, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Proceedings by the People of the State of New York against Lottie Ross. No opinion. Judgment of conviction and order unanimously affirmed.

PEOPLE v. SCOTT. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Proceedings by the People against Gim Scott. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. SILVERMAN et al. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Proceedings by the People of the State of New York against Harry Silverman impleaded with others. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. SONNENBERG, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1910.) Proceedings by the People of the State of New York against Guido Sonnenberg. No opinion. Judgment and order affirmed.

PEOPLE, Respondent, v. TEELING, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Proceedings by the People of the state of New York against Charles Teeling. No opinion. Judgment of conviction and order affirmed.

PEOPLE v. WALK. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Proceedings by the People against Max Walk. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. WOODEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Proceedings by the People of the State of New York against Daniel B. Wooden. No opinion. Order affirmed, with costs.

PEOPLE, Respondent, v. WOODS, Appellant. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Proceedings by the People of the State of New York against Rose Woods. H. J. Goldsmith, for appellant. R. S. Johnstone, for respondent. No opinion. Judgment affirmed. Order filed.

PEOPLE v. ZERILLO et al. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Appeal from Court of General Sessions, New York County. Frank Zerillo and others were indicted for a crime, and from certain orders of the Court of General Sessions they appeal. Appeal dismissed. F. J. Sullivan, for appellants. E. R. O'Malley, Atty. Gen., for the People.

PER CURIAM. The appeal should be dismissed upon the ground that no appeal lies from such an order in a criminal case, but the ques-